IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Paul N. Aiken, et al )<br>        Plaintiff   ) <br>)<br>vs                                 )<br>)<br>Big Joe Manufacturing Co.   )<br>        Defendant   ) | Civil No. 00-252 |

ORDER OF COURT

AND NOW, to wit, this 25th day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleading impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleading is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleading shall file a request with the Clerk with notification to all parties. This pleading is to remain sealed for the next 10 years.

Document: Arbitration Award

_Arthur J. Schwab_
Arthur J. Schwab
U.S. District Judge